**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. CV 23-1633 FMO (ADSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TIPSY BONG LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff GS Holistic, LLC ("plaintiff") and against defendants Tipsy Bong LLC and Tarjit Singh (collectively, "defendants") in the total amount of $10,038.00, consisting of $9,000.00 in statutory damages and $1,038.00 in costs.

2. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 1st day of November, 2023.

/s/
Fernando M. Olguin
United States District Judge